**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 20-CR-40-3 (LPS) |
| | ) |
| NAUSHAD KHAN, | ) |
| | ) |
| Defendant. | ) |

**STATUS REPORT**

NOW COMES the United States of America, by and through Christopher L. de Barrena-Sarobe, Assistant United States Attorney for the District of Delaware, and hereby submits this Joint Status Report:

1. The undersigned and the Defendant's counsel, John Malik, Esq., have conferred via phone about the case, discovery, and possible non-trial resolutions on multiple occasions. Our most recent conversation was last week.

2. Mr. Malik has explained that, understandably, COVID-19 has restricted his ability to have in-depth conversations with his client. Mr. Malik anticipates his ability to hold lengthy meetings with his client will improve in the next three to four weeks as the COVID-19 vaccines become more widely available. The parties plan to confer again in mid-April, well in advance of the May 15, 2021 motions deadline. *See* D.I. 73.

3. The government is available at the call of the Court if there are additional questions.

Respectfully submitted,

David C. Weiss
United States Attorney

By: */s/ Christopher de Barrena-Sarobe*
Christopher L. de Barrena-Sarobe
Assistant United States Attorney

Dated:   April 1, 2020